STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7597          AND FILED ON          8/27/2007

---

MUAMER KLLAPIJA, ET AL

Vs.                                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                 Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK                                          )     SS

COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       PHILIP AMICONE, INDIVIDUALLY                          (herein called recipient)
                                                                            therein named.
At Location:        CITY HALL
                    40 SOUTH BROADWAY
                    YONKERS NY

By delivering to and leaving with   EDMUND FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business  ☐ dwelling house(usual place of abode) within the state.

On_____9/7/07____ , deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|-----|---|---------------|-----|---------------|-------|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the    9/7/2007

_____                          _____
GAIL WILLIAMS                                       Joseph Vallone
Notary Public, State of New York
No. 4637052                        Server's License#:    1100190
Qualified in Westchester County
Commission Expires September 30  2010

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7597        AND FILED ON        8/27/2007

---

MUAMER KLLAPIJA, ET AL

                                        Vs.                              Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                    Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK                                          )
                                                           )   SS
COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____at_____11:30AM_____, deponent did

serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:      EDMUND HARTNETT, POLICE COMMISSIONER                        (herein called recipient)
                                                                                 therein named.
At Location:       100 SOUTH BROADWAY

                   YONKERS NY

By delivering to and leaving with   SGT. GELESKI _____ a person of suitable age and discretion.
Said premises is recipient's ☑  actual place of business  | |   dwelling house(usual place of abode) within the state.

On_____ 9/7/07_____, deponent completed service by depositing a copy of the

         SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|------|------|------|------|------|------|
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the    9/7/2007

_____                    _____
         GAIL WILLIAMS                                          John Axelrod
    Notary Public, State of New York
          No. 4668052                                      Server's License#:
    Qualified in Westchester County
  Commission Expires September 30, 2010

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7597          AND FILED ON          8/27/2007

MUAMER KLLAPIJA, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                                    )

                                                                                                            )     SS

COUNTY OF WESTCHESTER                                                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:          JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                    (herein called recipient)
                                                                                                                                            therein  named.
At Location:            40 SOUTH BROADWAY

                             YONKERS NY

By delivering to and leaving with    EDMUND FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's  [✓]  actual place of business   [ ]   dwelling house(usual place of abode) within the state.

On_____ 9/7/07_____ , deponent completed service by depositing a copy of the
           SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|------|------|------|------|------|------|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the        9/7/2007

_____
GAIL WILLIAMS
Notary Public, State of New York
Qualified in ...
Commission ...                        2010

_____
John Axelrod

Server's License#:

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:   07CIV.7597          AND FILED ON          8/27/2007

---

MUAMER KLLAPIJA, ET AL

Vs.                                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                                    )

COUNTY OF WESTCHESTER                                          )    SS
                                                                                      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and
resides in the State of New York .  On _____9/6/2007_____  at _____11:00AM_____ , deponent did
serve the within process as follows:
Process Served:

Party Served:          | SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES |

                       | CITY OF YONKERS, NEW YORK |                        {herein called recipient)
                                                                                       therein   named.
At Location:

                       | 40 SOUTH BROADWAY |

                       | YONKERS NY |

By delivering to and leaving with  EDMUND FITZGERALD _____ and that deponent knew the person

so served to be the   LAW CASE INVESTIGATOR

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M          Color of Skin  WH          Color of Hair  BROWN

Age  40/50          Height  6'4"

Weight  190          Other Features

Sworn to before me on _____9/7/2007_____

_Gail Williams_ (signature)                                   _John Axelrod_ (signature)

                                                                   John Axelrod

                                                                   Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. ... ...
Qualified in ... ... County
Commission E... ... ... 2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7597         AND FILED ON        8/27/2007

---

MUAMER KLLAPIJA, ET AL                                                    Plaintiff(s)/Petitioner(s)

                                        Vs.

PHILIP AMICONE, ET AL                                                    Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                    )        SS

COUNTY OF WESTCHESTER                                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____9/11/2007_____ at _____11:30AM_____ , deponent did

serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:      PAUL WOOD, POLICE OFFICER                    (herein called recipient)
                                                                therein  named.

At Location:       C/O CORPORATION COUNSEL
                   40 S. BROADWAY
                   YONKERS NY

By delivering to and leaving with    PAUL HART, ATTORNEY _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/12/07 _____, deponent completed service by depositing a copy of the

        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
|-----|---|---------------|-------|---------------|-------|
| Age | 45/55 | Height | 5'10" | Weight | 250 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the   9/12/2007

_____            _____
                                                    John Axelrod

        GAIL WILLIAMS
   Notary Public, State of New York           Server's License#:
        No. 4847082
   Qualified in Westchester County
   Commission Expires September 30, 2010

STATE OF  NEW YORK                  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.7597          AND FILED ON        8/27/2007

MUAMER KLLAPIJA, ET AL

                                        Vs.                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                          )     **SS**

COUNTY OF WESTCHESTER                                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____9/6/2007_____ at _____11:30AM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      POLICE OFFICERS JOHN DOE'S 1 TO 20                        (herein called recipient)
                                                                                                    therein  named.
At Location:       100 SOUTH BROADWAY

                   YONKERS NY

By delivering to and leaving with   SGT. GELESKI_____ a person of suitable age and discretion.
Said premises is recipient's ☑  actual place of business  | |   dwelling house(usual place of abode) within the state.

On_____ 9/7/07___, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex: | M | Color of Skin | WH | Color of Hair | BALD |
|------|-----|---------------|------|---------------|------|
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Sworn to before me on the   9/7/2007 .

_Deip Williams_

GAIL WILLIAMS
Notary Public, State of New York
No. 4663052
Qualified in Westchester County
Commission Expires September 30 2010

John Axelrod

Server's License#:

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.7597          AND FILED ON          8/27/2007

| MUAMER KLLAPIJA, ET AL | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )      **SS**

COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____ , deponent did

serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:         SANITATION WORKERS #1 TO #20                                    (herein called recipient)
                                                                                                                           therein  named.
At Location:          40 SOUTH BROADWAY

                              YONKERS NY

By delivering to and leaving with ___EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____9/7/07____ , deponent completed service by depositing a copy of the

        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ |
|---|---|---|---|---|---|
| Age | _40/50_ | Height | _6'4"_ | Weight | _190_ |
| Other Features | | | | | |

Sworn to before me on the ___9/7/2007___

_Gail Williams_                                                    _John Axelrod_

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County                          Server's License#:
Commission Expires September 30, _2010_