UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUAMER KLLAPIJA, CRISTIAN SALAZAR and MICHAEL ESTRADA,<br><br>                                    Plaintiffs,<br><br>       -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 TO #20, individually, and SANITATION WORKERS #1 to #20,<br><br>                                    Defendants. | ECF Case<br><br>07 Civ. 7597 |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Plunkett

X      *Attorney*

    X      I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>KP 3049</u>.

    ☐      I am a Pro Hac Vice attorney

    ☐      I am a Government Agency attorney

X      *Law Firm/Government Agency Association*

    From: <u>Thacher Proffitt & Wood LLP</u>.

    To:   <u>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP</u>.

    X      I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐      I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

X    *Address:* One North Lexington Avenue, White Plains, New York 10601

X    *Telephone Number:* (914) 681-0200

X    *Fax Number:* (914) 684-0288

X    *E-Mail Address:* kjp@ddw-law.com

Dated: March 5, 2008    *(signed)* Kevin Plunkett