AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MUAMER KLLAPIJA, CHRISTIAN SALAZAR, and MICHAEL ESTRADA,

v.

PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, PAUL WOOD, individually, POLICE OFFICERS JOHN DOE'S #1 to #20, individually, and SANITATION WORKERS #1 to #20.

**APPEARANCE**

Case Number: 07Cv. 7597(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, PAUL WOOD, individually, POLICE OFFICERS JOHN DOE'S #1 to #20, individually, and SANITATION WORKERS #1 to #20.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 6, 2008 | *signature* |
| Date | Signature |
| | Matthew S. Clifford — MC1134 |
| | Print Name — Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City / State / Zip Code |
| | (914) 681-0200 — (914) 684-0288 |
| | Phone Number — Fax Number |