AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

MUAMER KLLAPIJA, CHRISTIAN SALAZAR, and
MICHAEL ESTRADA,

                  v.

PHILIP AMICONE, individually, EDMUND HARNETT,
individually, JOHN A. LISZEWSKI, individually, CITY OF
YONKERS, NEW YORK, PAUL WOOD, individually,
POLICE OFFICERS JOHN DOE'S #1 to #20, individually,
and SANITATION WORKERS #1 to #20.

**APPEARANCE**

Case Number: 07Cv. 7597(CLB)(GAY)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Defendants, PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, PAUL WOOD, individually, POLICE OFFICERS JOHN DOE'S #1 to #20, individually, and SANITATION WORKERS #1 to #20.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 3, 2008 | *[signature]* |
| Date | Signature |
| | Brian T. Belowich     BB6910 |
| | Print Name     Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City     State     Zip Code |
| | (914) 681-0200     (914) 684-0288 |
| | Phone Number     Fax Number |