```
UNITED STATES DISTRICT COURT                              Rev. 9/03
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZHERKA, et al.,

                            Plaintiff,
                                                    ORDER OF REFERENCE
           - against -                              TO A MAGISTRATE JUDGE

Amicone,                                            07 Civ. 9618 (CLB) (MDF)
                                                    07 Civ. 7692 (CLB) (MDF)
                                                    07 Civ. 7600 (CLB) (MDF)
                            Defendant.              07 Civ. 7080 (CLB) (MDF)
-----------------------------------------------------------X    07 Civ. 6941 (CLB) (MDF)
                                                    07 Civ. 7595 (CLB) (MDF)
                                                    07 Civ. 8184 (CLB) (MDF)
                                                    07 Civ. 8048 (CLB) (MDF)
                                                    07 Civ. 6946 (CLB) (MDF)
                                                    08 Civ. 2062 (CLB) (MDF)
                                                    08 Civ. 1506 (CLB) (MDF)
                                                    08 Civ. 8186 (CLB) (MDF)
```

The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  All purposes permitted by law

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose of _____

___  Habeas Corpus

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED: White Plains, New York
       June 12, 2008

_____Charles L. Brieant_____
United States District Judge